# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

12-cv-21805

| | |
|---|---|
| SANTOS MARTINEZ and all others similarly situated under 29 U.S.C. 216(B), <br><br> Plaintiffs, <br><br> vs. <br><br> 938 LINCOLN ROAD, LLC d/b/a POLAR BURGER BAR <br> MOHAMED MOUSSA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

SERVED
DATE 10/10/2012
TIME 12:01 P
BY

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Mohamed Moussa
938 Lincoln Rd.
Miami Beach, Florida 33139

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      J.H. Zidell, Esq.
                      J.H. Zidell P.A.
                      300 71ST Street, Suite 605
                      Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/21/12

300

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mohamed Medusa__

was received by me on *(date)* __9/21/12__ .

☒ I personally served the summons on the individual at *(place)* __938 Girard Ro__
__Miami Beach Fla__ on *(date)* __10/10/12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __15.00__ for travel and $ __20.00__ for services, for a total of $ __35.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/10/12__

_____
Server's signature

__Frank Ayllon__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

12-cv-21805

| | |
|---|---|
| SANTOS MARTINEZ and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiffs,<br>vs.<br><br>938 LINCOLN ROAD, LLC d/b/a POLAR BURGER BAR<br>MOHAMED MOUSSA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DATE 10/10/2012 SERVED
TIME 12:01P
BY ___ CER# 747

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
938 Lincoln Road, LLC d/b/a Polar Burger Bar
Registered Agent: Mohamed Moussa
938 Lincoln Rd.
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/12

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Rolan Bryn Sr_

was received by me on *(date)* _9/21/12_.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Mathansn Devna_ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_Rolan Bryn Sr_ on *(date)* _1/1/12_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _15.00_ for travel and $ _20.00_ for services, for a total of $ _35.00_ .

I declare under penalty of perjury that this information is true.

Date: _10/16/12_

_____
Server's signature

Frank Ayllon
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: