UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-21805-UNGARO/TORRES

SANTOS MARTINEZ and all others similarly )
situated under 29 U.S.C. 216(B), )
)
         Plaintiffs, )
vs. )
)
938 LINCOLN ROAD, LLC d/b/a POLAR )
BURGER BAR )
MOHAMED MOUSSA, )
)
         Defendants. )
_____ )

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed on November 8, 2012.

THIS COURT has considered said motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Motion establishes that Plaintiff is entitled to $4,036.00 as overtime wages and liquidated damages. Having reviewed the Motion and supporting documentation attached to Plaintiff's Motion, it is hereby:

ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED as follows: (1) DEFAULT FINAL JUDGMENT is entered against Defendants, 938 Lincoln Road, LLC d/b/a Polar Burger Bar and Mohamed Moussa, and in favor of Plaintiff Santos Martinez. Plaintiff, Santos Martinez, is awarded $4,036.00 as wages and liquidated damages, (2) Entitlement to future attorney's fees in collection of the final default judgment to be

determined by this Court upon collection. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8___ day of November, 2012.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
938 Lincoln Road, LLC d/b/a Polar Burger Bar
Registered Agent: Mohamed Moussa
938 Lincoln Rd.
Miami Beach, Florida 33139