UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-cv-21805-UU

_____

SANTOS MARTINEZ,

    Plaintiff,

v.

POLAR BAR, LLC, *et al.*,

    Defendants.

_____

### ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On November 8, 2012, the Court entered Final Default Judgment as to Defendants in this case. Accordingly it is

ORDERED and ADJUDGED that for Administrative Purposes this case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 9th day of November, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record