UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-21805-UNGARO/TORRES

SANTOS MARTINEZ, and all others similarly
situated under 29 U.S.C. 216(B)

    Plaintiff,

vs.

938 LINCOLN ROAD, LLC, d/b/a POLAR
BURGER BAR, AND MOHAMED MOUSSA,

    Defendants.
_____/

### AFFIDAVIT OF DOUGLAS D. STRATTON, ESQUIRE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME the undersigned personally appeared DOUGLAS D. STRATTON, ESQUIRE who, after being duly cautioned and sworn states as follows:

1. My name is Douglas D. Stratton and I am an attorney licensed to practice law in the State of Florida. My business address is 407 Lincoln Road, Suite 2A, Miami Beach, FL 33139; telephone number (305) 672-7772; email address douglas@srlawfirm.com.

2. I am attorney for Mohammed Moussa in *REFIK CEVIK vs. MOHAMMED FOUAD MOUSSA*, an individual, filed in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida in Case No. 12-23317 CA 21

3. In order to secure payment of fees to Stratton Feinstein & Associates, P.A., Mohammed Moussa assigned all right, title and interest in and to that certain Promissory Note and Security Agreement/Chattel Mortgage, in the principal sum $375,000.00, bearing the date

of the 16th day of March, 2011, made by 938 Lincoln Road, LLC in favor of Polar Bar LLC, to Douglas D. Stratton. A copy of the Assignment is attached hereto as Exhibit "A".

FURTHER AFFIANT SAYETH NAUGHT.

_____
DOUGLAS D. STRATTON

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was sworn to and acknowledged before me this 17 day of October, 2013, by DOUGLAS D. STRATTON who personally appeared before me and who:

[ ✓ ] is personally known to me (or)
[ ] has produced _____ as identification, and who
[ ✓ ] has taken an oath (or)
[ ] has not taken an oath.

**WITNESS** my **HAND** and **SEAL** in the County and State aforesaid this 17 day of ___OCT___ 2013.

_____
Notary Public, State of FL

_____
Print Name

My Commission expires:

This instrument Prepared by:
Stratton Feinstein & Associates, P.A.
407 Lincoln Road, Suite 2A
Miami Beach, Florida 33139

## ASSIGNMENT OF NOTE AND SECURITY AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, MOHAMMED FOUAD MOUSSA, party of the first part, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, as security for payment of attorneys fees in Cevik vs. Moussa, Case No. 12-23317 CA 21, received from on or behalf of DOUGLAS D. STRATTON, whose address is 407 Lincoln Road, Suite 2A, Miami Beach, FL 33139, party of the second part, at or before the ensealing of these presents, the receipt of whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over to the said party of the second part, that certain Promissory Note and Security Agreement/Chattel Mortgage in the principal amount of $375,000.00, bearing the date the 16th day of March, 2011 made by 938 Lincoln Road, LLC in favor of POLAR BAR, LLC, a Florida limited liability company.

Together with the Note and the monies due and to become due thereon.

To Have and to Hold the same unto the said party of the second part, his heirs, legal representatives, successors and assigns forever.

IN WITNESS WHEREOF I have hereunto set my hand and seal, this 2 day of April/ MAY 2013.

Signed, sealed and delivered in
the presence of:

_____
signature of witness
Bonnie J Padulsky
print name of witness

_____
signature of witness
Emilio Ortega
print name

By: _____
    MOHAMMED FOUAD MOUSSA

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid, to take acknowledgments, personally appeared MOHAMMED FOUAD MOUSSA who has produced personally known to me for identification or who is personally known to me and who has taken an oath and that the facts set forth in the Affidavit are true and correct.

WITNESS my hand and official seal in the County and State last aforesaid on this 2 day of April, 2013.
MAY

_____
NOTARY PUBLIC
State of Florida at Large

My commission expires:

EXHIBIT A